**FILED**

JUN 1 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JAIME R. COOPER,<br>SSN:  xxx-xx-9680<br><br>                Defendant and<br>                Judgment Debtor.<br><br>CITY OF SACRAMENTO,<br><br>                Garnishee. | 2:09CR00029-EFB<br><br>~~Proposed~~<br>ORDER OF CONTINUING<br>GARNISHMENT PURSUANT TO<br>STIPULATION (Voluntary) |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee City of Sacramento shall withhold each month and remit to the United States District Court, $75.00 of defendant's disposable earnings*, until the judgment is paid in full, or until further order of the Court.

DATED: 6-15-2010

_____
United States Magistrate Judge

* (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)

ORDER OF CONTINUING GARNISHMENT (PURSUANT TO STIPULATION (VOLUNTARY)       1